Argued and submitted April 24, convictions for conspiracy to deliver controlled substance and possession of controlled substance vacated; otherwise affirmed May 22, reconsideration denied August 7, petition for review denied September 24, 1991

(312 Or 151)

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT NORMAN FORD,
*Appellant.*

(89-CR-127-MS; CA A61843)

812 P2d 13

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions on two counts of conspiracy to deliver a controlled substance, ORS 161.450, one count of delivery of a controlled substance, ORS 475.992(1)(a), and one count of possession of a controlled substance. ORS 475.992(4)(a).

Defendant first contends that the court erred by denying his motion for directed verdict on the ground that the defense of entrapment was not disproved by the state. There was evidence from which the jury could find that defendant was not entrapped.

Defendant next argues that the court erred by entering separate convictions for the offenses. The judgment recites that, for the purpose of sentencing, the possession and conspiracy charges are "merged" into the delivery charge. The state concedes that the court should have vacated the convictions for possession and for conspiracy, because all of the charges involved the same package of controlled substance. *State v. McNamer,* 80 Or App 418, 722 P2d 51 (1986). We agree.

Convictions for conspiracy to deliver a controlled substance and possession of a controlled substance vacated; otherwise affirmed.